UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

GRAYLING TRIGG SMITH,

        Plaintiff,                       Case No. 1:22-cv-978

v.                                         Honorable Paul L. Maloney

LES PARISH et al.,

        Defendants.
_____/

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: March 8, 2023                            /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge